## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

STANLEY FITZPATRICK,

    Petitioner,  :  Case No. 1:05-mc-035

    -vs-  :  District Judge Susan J. Dlott
        Chief Magistrate Judge Michael R. Merz

MARGARET BRADSHAW, Warden,

    Respondent.  :

### AMENDMENT TO SCHEDULING ORDER

On Motion of the Petitioner (Doc. No. 15) and with the consent of the Respondent, the Scheduling Order herein (Doc. No. 12) is amended to set the date by which the Court requires Petitioner to file his Petition at June 9, 2006. This Order in no way constitutes a determination by the Court that a filing by that date will satisfy the statute of limitations.

May 30, 2006.

                s/ Michael R. Merz
                Chief United States Magistrate Judge

-1-